**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed March 22, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00245-CV

———————

## IN RE ZAHIR QUERISHI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**315th District Court**
**Harris County, Texas**
**Trial Court No. 86707**

---

## M E M O R A N D U M   O P I N I O N

On March 8, 2012, relator Zahir Querishi filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221 ; *see also* Tex. R. App. P. 52.1. In the petition, relator asks this court to order the respondent, Chris Daniel, Harris County District Clerk, to forward a copy of the order denying his petition for writ of habeas corpus to relator.

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or county court judge in the court of appeals' district, and (2) all writs necessary to enforce the court of appeals'

jurisdiction.   Tex. Gov't Code Ann. § 22.221.   Because the petition for writ of mandamus is directed toward a district clerk and is not necessary to enforce this court's jurisdiction, we have no jurisdiction.   *See* Tex. Gov't Code Ann. § 22.221(b)(1).

Accordingly, the petition for writ of mandamus is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Boyce.